THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Leroy Staton, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Marlboro County
 Paul M. Burch, Post-Conviction Judge
Memorandum Opinion No.  2009-MO-014
Submitted March 18, 2009  Filed March 23,
 2009  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Chief
 Appellate Defender Joseph L. Savitz, III, of South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen
 Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 Appendix and briefs, the writ of certiorari is
DISMISSED
 AS IMPROVIDENTLY GRANTED.

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.